**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-0740-STV

THE TEACHING COMPANY, LLC,
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC d/b/a COMCAST
TECHNOLOGY SOLUTIONS, and
COMCAST CABLE COMMUNICATIONS,
LLC,

Plaintiffs,

v.

SLING TV L.L.C. and
DISH TECHNOLOGIES L.L.C.,

Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs The Teaching Company, LLC, Comcast Cable Communications Management, LLC d/b/a Comcast Technology Solutions, and Comcast Cable Communications, LLC (collectively "Plaintiffs") hereby dismiss, without prejudice, the above-captioned action.

Dated: May 4, 2021

Respectfully submitted,

*s/ David Stauss*

David Stauss
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO 80202
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
david.stauss@huschblackwell.com

**OF COUNSEL:**

Ashok Ramani
David J. Lisson
Gareth E. DeWalt
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
ashok.ramani@davispolk.com
david.lisson@davispolk.com
gareth.dewalt@davispolk.com

*Counsel for Plaintiffs*